IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STACEY L. MITCHELL-HALE                                                         PLAINTIFF

Case Number: **4:04CV1531GH**

JOHN E. PORTER, POSTMASTER                                                 DEFENDANT

ORDER

On July 12, 2005, plaintiff paid the partial filing fee pursuant to the Court's order of June 27, 2005. Plaintiff is directed to serve the original complaint and a new summons on defendant.

IT IS SO ORDERED this 22nd day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE